# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

AVIS JAMES WILLIAMS

NO. 2026 KW 0036

**FEBRUARY 23, 2026**

---

In Re: Avis James Williams, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 641477.

---

BEFORE: **LANIER, WOLFE, AND HESTER, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.** As an indigent inmate, relator is entitled to receive certain court documents free of charge without the necessity of establishing a particularized need. See **State ex rel. Simmons v. State**, 93-0275 (La. 12/16/94), 647 So.2d 1094 (*per curiam*). For all other documents, including the sentencing transcript, the inmate is required to establish a particularized need by properly filing an application for postconviction relief, which sets out specific claims of constitutional errors requiring the requested documentation for support. See **State ex rel. Bernard v. Criminal District Court Section "J"**, 94-2247 (La. 4/28/95), 653 So.2d 1174 (per curiam); **State ex rel. McKnight v. State**, 98-2258 (La. App. 1st Cir. 12/3/98), 742 So.2d 894, 895 (*per curiam*). Accordingly, the district court is instructed to provide relator with free copies of the bill of information, commitment papers, and sentencing minutes, if it has not previously done so. There is no indication that relator has filed an application for postconviction relief in the district court. Therefore, the writ application is denied relative to relator's request for a copy of the sentencing transcript.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT